**Amir Hossain TAJKARIMI, as Trustee of the Amir Hossain Tajkarimi Living Trust, Appellant,**

v.

**BAKER POOL & SPA, INC., Respondent.**

**No. ED 103942**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: October 25, 2016

Michael J. Payne, Clayton, MO, for Appellant.

Beth C. Boggs, St. Louis, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**ORDER**

PER CURIAM.

Amir Tajkarimi appeals from the judgment dismissing his petition for breach of

contract and negligence against Baker Pool & Spa, Inc. Tajkarimi has no standing to sue Baker Pool for breach and also failed to state a claim for negligence. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).